IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID AWALT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-126-GPM |
| | ) |
| ALLIED SECURITY, REMEDIAL CONSTRUCTION SERVICES, L.P., CONOCOPHILLIPS COMPANY, and PRESTON WHITE, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated January 17, 2006, Plaintiff David Awalt shall take nothing, and all claims against Defendants Remedial Construction Services, L.P., and Preston White are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Order dated September 16, 2005, the claims by Plaintiff David Awalt against Defendant ConocoPhillips Company are **DISMISSED on the merits**. *Doc. 138.*

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to oral ruling at the hearing on December 5, 2005, the claims by Plaintiff David Awalt against Defendant Allied Security are **DISMISSED on the merits**. *Doc. 165.*

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are awarded

their costs.

      **DATED**:  01/17/06

                                                    NORBERT G. JAWORSKI, CLERK

                                                    By: s/ Linda M. Cook
                                                          Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                G. PATRICK MURPHY
                CHIEF U.S. DISTRICT JUDGE